**Order entered August 25, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

No. 05-14-00180-CR
No. 05-14-00181-CR

**MICHELLE SERBU MCCRANEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 401st Judicial District Court**
**Collin County, Texas**
**Trial Court Cause Nos. 401-82989-2012, 401-82990-2012**

## ORDER

The Court **REINSTATES** the appeals.

On August 4, 2014, we ordered the trial court to make findings regarding why appellant's brief has not been filed. We **ADOPT** the trial court's findings that: (1) appellant no longer desires to pursue the appeals; and (2) counsel will be filing a motion to dismiss the appeals.

Appellant's motion to dismiss the appeals is due within **TEN DAYS** of the date of this order. If no motion to dismiss is filed within that time, the Court will dispose of the appeals without further notice.

We **DIRECT** the Clerk to send copies of this order, by electronic transmission, to counsel for all parties.

/s/ DAVID EVANS
   JUSTICE